IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID MICHAEL ANDERSON                                          PETITIONER
Reg. #14902-078

V.                          NO. 2:10cv00005 JLH-JWC

T.C. OUTLAW, Warden,                                            RESPONDENT
FCI, Forrest City, AR

### ORDER

Respondent has filed a response to this 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. 16). If Petitioner desires to file a reply, he is directed to do so on or before April 29, 2010.

IT IS SO ORDERED this 29th day of March, 2010.


_____
UNITED STATES MAGISTRATE JUDGE