IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID MICHAEL ANDERSON                                                     PETITIONER
Reg. #14902-078

V.                                  NO.  2:10cv00005 JLH-JWC

T.C. OUTLAW, Warden,                                                       RESPONDENT
FCI, Forrest City, AR

### ORDER

Petitioner has filed a "motion for stay of proceedings to await a meeting with BOP staff" (doc. 34).  He states that he has not yet been able to review documents that are necessary to prepare his reply to Respondent's arguments for dismissal and that he believes the BOP will continue to "stall and ignore" his requests.  His request to "stay" these proceedings is denied; however, his deadline for filing his reply is extended to July 2, 2010.  Respondent is directed to schedule an appointment for Petitioner to review his Judgment & Commitment file and his Central file on or before June 11, 2010, and to provide to Petitioner, at the appointment or immediately thereafter, copies as requested of any documents that are releasable.

IT IS SO ORDERED this 2nd day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE