IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID MICHAEL ANDERSON                                                    PETITIONER
Reg. #14902-078

V.                              NO.  2:10CV00005 JLH

T.C. OUTLAW, Warden,                                                      RESPONDENT
FCI, Forrest City, AR

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered denying this 28 U.S.C. § 2241 petition for writ of habeas corpus, without prejudice.

IT IS SO ORDERED this 28th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE