IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID MICHAEL ANDERSON                                                      PETITIONER
Reg. #14902-078

V.                                      NO.  2:10CV00005 JLH

T.C. OUTLAW, Warden,                                                         RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2241 petition for writ of habeas corpus, without prejudice.

IT IS SO ORDERED this 28th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE